IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Osvaldo Hidalgo and Norma I. Sanchez individually on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Unicare Building Maintenance, Inc. and Blaine Saxton, individually, Defendants | Case No. 1:16-cv-10323<br>Judge: Hon. Milton I. Shadur<br>Magistrate Judge: Hon. Mary M. Rowland |

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiffs, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing parties having neither filed an Answer or a Motion for Summary Judgment, respectfully request that the Court dismiss all causes of action against Defendants, with prejudice.

Respectfully submitted on Wednesday, January 25, 2017

**Valentin T. Narvaez**
Plaintiffs' counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com