UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Osvaldo Hidalgo, et al.
                                        Plaintiff,

v.                                      Case No.: 1:16−cv−10323
                                        Honorable Milton I. Shadur

Unicare Building Maintenance, Inc, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2017:

    MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 2/27/2017 is stricken. This case is voluntarily dismissed with prejudice.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.